UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Wood et al. v. Monsanto Co.*,<br>Case No. 3:22-cv-03818-VC | **ORDER REGARDING MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 21246 |

The Motion for Summary Judgment in the above-captioned case is denied without prejudice. Wood is ordered to submit a second amended complaint within 21 days of this Order to plead the necessary elements of a survival action under Texas law. This case is also moved to Wave 10, contingent on Wood successfully amending her complaint.

**IT IS SO ORDERED.**

Dated: January 15, 2026

_____
VINCE CHHABRIA
United States District Judge